**Edward G. SHLIKAS, Plaintiff–Appellant,**

v.

**SLM CORPORATION (Sallie Mae); United States Department of Education, Defendants–Appellees.**

No. 13–1780.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2013.

Decided: Nov. 21, 2013.

Edward G. Shlikas, Appellant Pro Se.

Rand Lewis Gelber, Law Offices of Rand L. Gelber, Rockville, Maryland; Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward G. Shlikas appeals the district court's orders denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shlikas v. SLM Corp,* No. 1:09–cv–02806–WDQ (D. Md. Aug. 25, 2010; May 25, 2011; May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*